IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| THE REAL TRUTH ABOUT OBAMA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08-cv-00483-JRS |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES DEPARTMENT OF JUSTICE'S RESPONSE
TO PLAINTIFF'S MOTION TO STAY ALL PROCEEDINGS**

Plaintiff has filed a motion to stay all proceedings in this matter pending a decision by the United States Supreme Court in Citizens United v. Federal Election Comm'n, 2008 WL 2788753 (D.D.C. July 18, 2008), *prob. juris. noted*, – S. Ct. – (Nov. 14, 2008). The United States Department of Justice does not necessarily agree with all of the statements made by Plaintiff in that motion. Nevertheless, the Department does not oppose the motion and agrees that a stay of all proceedings in this matter would be appropriate.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DANA J. BOENTE
Acting United States Attorney

JAMES J. GILLIGAN
Assistant Director, Civil Division,
Federal Programs Branch

By:   /s/
Debra J. Prillaman
VSB No. 15844
Assistant United States Attorney
600 E. Main Street, Suite 1800
Richmond, Virginia, 23219-2430
(804) 819-5400
Fax (804) 819-7417
Debra.prillaman@usdoj.gov

/s/
John R. Griffiths
Admitted *pro hac vice*
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4652
Fax: (202) 616-8460
John.Griffiths@usdoj.gov

Attorneys for Defendant United States
Department of Justice

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December, 2008 I have electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Michael Boos**
michael.boos@gte.net

**James Bopp , Jr**
jboppjr@aol.com

**Barry Alan Bostrom**
bbostrom@bopplaw.com

**Clayton James Callen**
ccallen@bopplaw.com

**Vivien Clair**
vclair@fec.gov

**Richard Eugene Coleson**
rcoleson@bopplaw.com

**Kevin Andrew Deeley**
kdeeley@fec.gov

**Thomasenia Patricia Duncan**
tduncan@fec.gov

**John Richard Griffiths**
john.griffiths@usdoj.gov

**Audra Anne Hale-Maddox**
ahale-maddox@fec.gov

**J. Gerald Hebert**
ghebert@campaignlegalcenter.org

**David Brett Kolker**
dkolker@fec.gov

**Seth Edward Nesin**
snesin@fec.gov

**Adav Noti**
anoti@fec.gov

**Claire Naila Rajan**
crajan@fec.gov

**Harry Jacobs Summers**
hsummers@fec.gov

I also certify that on the 22nd day of December, 2008 I have mailed a copy of the foregoing pleading by U.S. Mail to the following non-ECF users:

**Holly J. Baker**
Federal Election Commission
999 E. Street, NW
Washington, DC 20463

**Richard Briffault**
Joseph P. Chamberlain Professor of Legislation
Columbia University School of Law
435 West 116th Street
New York, NY 10027

**Daniel R. Ortiz**
John Allan Love Professor of Law
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903-1738

/s/
Debra J. Prillaman
VSB No. 15844
Assistant United States Attorney and Counsel
for Defendant U.S. Department of Justice
600 E. Main Street, Suite 1800
Richmond, Virginia, 23219-2430
(804) 819-5400
Fax (804) 819-7417
Debra.prillaman@usdoj.gov

4