UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| THE REAL TRUTH ABOUT OBAMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-cv-00483-JRS |
| | ) | |
| FEDERAL ELECTION COMMISSION and | ) | RESPONSE TO |
| UNITED STATES DEPARTMENT OF | ) | MOTION TO STAY |
| JUSTICE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S RESPONSE
TO PLAINTIFF'S MOTION TO STAY ALL PROCEEDINGS**

Defendant Federal Election Commission ("Commission") respectfully submits this response to Plaintiff The Real Truth About Obama, Inc.'s ("RTAO's") Motion to Stay All Proceedings Pending a Decision in *Citizens United v. FEC*. Although the Commission does not entirely concur with RTAO's description of the relationship between the instant matter and *Citizens United*, the Commission does not oppose RTAO's motion. Specifically, the Commission notes that only one of RTAO's four claims — i.e., the challenge to the Commission's regulation, 11 C.F.R. § 114.15, codifying the holding of *FEC v. Wisconsin Right to Life*, 127 S. Ct. 2652 (2007) — is directly at issue in *Citizens United*. The issues raised in RTAO's remaining three challenges are not currently before the Supreme Court.[1] *See* Questions Presented, *Citizens United v. FEC*, S. Ct. No. 08-205, http://origin.www.supremecourtus.gov/qp/08-00205qp.pdf. Nonetheless, to the extent that

---

[1] These are RTAO's challenges to the Commission's solicitation regulation, 11 C.F.R. § 100.57(a), to the Commission's regulatory definition of "expressly advocating," 11 C.F.R. § 100.22(b), and to the Commission's policy statement regarding application of the "major purpose" test for political committee status.

RTAO seeks to stay the present action as to each of Plaintiff's claims without regard to whether they are at issue in *Citizens United*, the Commission has no objection to that request.

Respectfully submitted,

/s/
Audra Hale-Maddox, Attorney, ahale-maddox@fec.gov
VA Bar No. 46929
Thomasenia P. Duncan,* General Counsel, tduncan@fec.gov
David Kolker,* Associate General Counsel, dkolker@fec.gov
Harry J. Summers,* Assistant General Counsel, hsummers@fec.gov
Adav Noti,* Attorney, anoti@fec.gov
COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
Telephone: (202) 694-1650
Fax: (202) 219-0260

December 22, 2008          * *pro hac vice*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 22nd day of December, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael Boos, michael.boos@gte.net
Attorney & Counselor at Law
4101 Chain Bridge Road, Suite 313
Fairfax, VA 22030

James Bopp, Jr., jboppjr@aol.com
Barry Alan Bostrom, bbostrom@bopplaw.com
Clayton James Callen, ccallen@bopplaw.com
Richard Eugene Coleson, rcoleson@bopplaw.com
Bopp, Coleson and Bostrom
1 South 6th St.
Terre Haute, IN 47807-3510

John Richard Griffiths, john.griffiths@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC 20044

Debra Jean Prillaman, debra.prillaman@usdoj.gov
Office Of The U.S. Attorney
600 East Main Street, Suite 1800
Richmond, VA 23219

                                          /s/
                                    Audra Hale-Maddox
                                    VA Bar No. 46929
                                    COUNSEL FOR DEFENDANT
                                    FEDERAL ELECTION COMMISSION
                                    999 E Street NW
                                    Washington, DC 20463
                                    Telephone:  (202) 694-1650
                                    Fax:  (202) 219-0260
                                    ahale-maddox@fec.gov