FILED: June 8, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-1977
(3:08-cv-00483-JRS)

_____

THE REAL TRUTH ABOUT OBAMA, INC.

      Plaintiff - Appellant

v.

FEDERAL ELECTION COMMISSION; UNITED STATES DEPARTMENT OF JUSTICE

      Defendants - Appellees

-------------------------------

CAMPAIGN LEGAL CENTER; DEMOCRACY 21

      Amici Supporting Appellee

_____

J U D G M E N T
_____

The Supreme Court of the United States has remanded this case to this Court for further action.

In accordance with the decision of this Court, this case is remanded to the District Court.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

                      /s/ PATRICIA S. CONNOR, CLERK