```
                                            FILED: August 6, 2010

              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT

                  _____

                      No. 08-1977
                   (3:08-cv-00483-JRS)

                  _____
```

THE REAL TRUTH ABOUT OBAMA, INC.

      Plaintiff - Appellant

v.

FEDERAL ELECTION COMMISSION; UNITED STATES DEPARTMENT OF JUSTICE

      Defendants - Appellees

-------------------------------

CAMPAIGN LEGAL CENTER; DEMOCRACY 21

      Amici Supporting Appellee

```
                  _____

                       O R D E R
                  _____
```

The Court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Senior Judge Beam and District Judge Anderson.

                        For the Court

                        /s/ Patricia S. Connor, Clerk