United States District Court
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **The Real Truth About Obama, Inc.**  *Plaintiff*,  v.  **Federal Election Commission** and **United States Department of Justice**,  *Defendants*. | **Case No.** 3:08-cv-00483-JRS |

**Joint Proposed Briefing Schedule**

As stated in the Sixth Joint Status Report (Docket # 118), the parties hereby provide a proposed briefing schedule.

The parties agree to the following briefing schedule:

- Plaintiff's motion for preliminary injunction or (in the alternative) summary judgment and its unopposed motion for consolidation with the merits shall be filed no later than September 20, 2010;

- Defendants' motions for summary judgment and responses to Plaintiff's motion for preliminary injunction or (in the alternative) summary judgment shall be filed no later than October 18, 2010;

- Plaintiff's reply in support of its motion for preliminary injunction or (in the alternative) summary judgment and response to Defendants' motions shall be filed no later than November 8, 2010;

- Defendants' replies in support of their motions shall be filed no later than December 6, 2010.

**Proposed Briefing Schedule**        1

The parties request that the number of pages permitted for their briefs be increased as follows:

- Plaintiff's motion for preliminary injunction or (in the alternative) summary judgment:  45 pages

- Defendants' motions for summary judgment and responses:  45 pages (each)

- Plaintiff's reply and response:  30 pages

- Defendants' replies:  30 pages (each)

Respectfully submitted,


  /s/
Michael Boos (VA State Bar No. 37524)
Law Office of Michael Boos
4101 Chain Bridge Road, Suite 313
Fairfax, VA 22030
703/691-7717 telephone
703/691-7543 facsimile
michael.boos@gte.net
*Local Counsel for Plaintiff*

James Bopp, Jr.,* jboppjr@aol.com
Richard E. Coleson,* rcoleson@bopplaw.com
Barry A. Bostrom,* bbostrom@bopplaw.com
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
812/232-2434 telephone
812/234-3685 facsimile
   *pro hac vice motion granted
*Lead Counsel for Plaintiff*

Tony West
Assistant Attorney General
Neil H. MacBride
United States Attorney
James J. Gilligan
Assistant Director, Civil Division,

**Proposed Briefing Schedule**               2

Federal Programs Branch


  /s/_____
Debra J. Prillaman
Assistant United States Attorney (VA Bar No. 15844)
OFFICE OF THE U.S. ATTORNEY
600 East Main Street, Suite 1800
Richmond, VA 23219-2430
804-819-5400 telephone
804-819-7417 facsimile
debra.prillaman@usdoj.gov


John R. Griffiths,*
Assistant Director, Civil Division
Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
Washington, D.C. 20044
202-514-4652 telephone
202-616-8460 facsimile
John.Griffiths@usdoj.gov
*Counsel for Defendant*,
*United States Department of Justice*
*Admitted *pro hac vice*


  /s/_____
Audra Hale-Maddox, Attorney, ahale-maddox@fec.gov
(VA Bar No. 46929)
Thomasenia P. Duncan,* General Counsel, tduncan@fec.gov
David Kolker,* Associate General Counsel, dkolker@fec.gov
Harry J. Summers,* Assistant General Counsel, hsummers@fec.gov
Holly J. Baker,* Attorney, hbaker@fec.gov
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC 20463
202-694-1650 telephone
202-219-0260 facsimile
*Counsel for Defendant*
*Federal Election Commission*
*Admitted *pro hac vice*

Dated: August 20, 2010


**Proposed Briefing Schedule**        3