UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



THE REAL TRUTH ABOUT OBAMA, INC.,

Plaintiff,

v.

Action No. 3:08-CV-483

FEDERAL ELECTION COMMISSION
AND UNITED STATES DEPARTMENT
OF JUSTICE,

Defendant.

### FINAL ORDER

This matter is before the Court on The Real Truth About Obama, Inc.'s ("RTAO") Motions for Preliminary Injunction (Docket No. 125) and Summary Judgment (Docket No.129) and the Federal Election Commission's (FEC) and the Department of Justice's (DOJ) Motions for Summary Judgment (Docket Nos. 135 and 138). For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the FEC's and DOJ's Motions and therefore GRANTS the FEC and the DOJ judgment as a matter of law. Accordingly, the Court DENIES RTAO's Motions.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this /6 day of June 2011